IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Scruggs Jr, Lawrence C

Printed: 6/17/08

Case Number: 07 B 24375
Judge: Hollis, Pamela S
Filed: 12/28/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 5, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Helpers | Administrative | 3,000.00 | 0.00 |
| 2. | Wachovia Dealer Services | Secured | 13,404.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | 10,138.93 | 0.00 |
| 4. | Illinois Dept Of Healthcare And Family | Priority | 5,895.20 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 75.60 | 0.00 |
| 6. | Sir Finance Corporation | Unsecured | 227.40 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | 445.10 | 0.00 |
| 8. | Wachovia Dealer Services | Unsecured | 44.01 | 0.00 |
| 9. | Nicor Gas | Unsecured | 445.39 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 1,761.18 | 0.00 |
| 11. | Paragon Way Inc | Unsecured | 44.50 | 0.00 |
| 12. | RMI/MCSI | Unsecured | 180.00 | 0.00 |
| 13. | Cook County Treasurer | Secured |  | No Claim Filed |
| 14. | Ice Mountain | Unsecured |  | No Claim Filed |
| 15. | Comcast | Unsecured |  | No Claim Filed |
| 16. | St James Hospital | Unsecured |  | No Claim Filed |
| 17. | Sprint | Unsecured |  | No Claim Filed |
| 18. | St James Hospital | Unsecured |  | No Claim Filed |
| 19. | Toyota Motor Credit Corporatio | Unsecured |  | No Claim Filed |
| 20. | United States Dept Of Education | Unsecured |  | No Claim Filed |
| 21. | United States Dept Of Education | Unsecured |  | No Claim Filed |
|  |  |  | $ 35,661.31 | $ 0.00 |

Page 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Scruggs Jr, Lawrence C | Case Number:  07 B 24375 |
| | Judge:  Hollis, Pamela S |
| Printed:  6/17/08 | Filed:  12/28/07 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

